

| | |
|---|---|
| **Service of Process Transmittal** | |
| 04/01/2020 | |
| CT Log Number 537479390 | |

**TO:** Gabriela Lopez
UBER TECHNOLOGIES, INC.
1455 Market St Fl 4
San Francisco, CA 94103-1355

**RE:** Process Served in Rhode Island

**FOR:** RASIER, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Jaynid Perez-Cuesta, Pltf. vs. Jenee Campbel, et al., Dfts. // To: Rasier, LLC |
| **DOCUMENT(S) SERVED:** | . |
| **COURT/AGENCY:** | None Specified<br>Case # PC202002669 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - . |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/01/2020 at 14:26 |
| **JURISDICTION SERVED :** | Rhode Island |
| **APPEARANCE OR ANSWER DUE:** | . |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/01/2020, Expected Purge Date: 04/06/2020 |
| | Image SOP |
| | Email Notification,  Gabriela Lopez  gabriela.lopez@uber.com |
| | Email Notification,  CLAIMS LIT  intake@uber.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **For Questions:** | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Page 1 of  1 / FA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPERIOR COURT

### SUMMONS

| | Civil Action File Number<br>PC-2020-02669 |
|---|---|
| **Plaintiff**<br>Jaynid Perez-Cuesta<br>v.<br>Jenee Campbell et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Mark Dolan, Jr. |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>72 PINE STREET<br>SUITE 300<br>PROVIDENCE RI 02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>CT Corporation System<br>450 Veterans Memorial Parkway, Suite 7A,<br>East Providence, RI 02914 |

TO THE DEFENDANT, Rasier, LLC:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 3/30/2020. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2014)

DATE 4/1/20
A TRUE COPY ATTEST
VINCENT P CATAMERO
R.I. CONSTABLE #6023

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT

| Plaintiff<br>Jaynid Perez-Cuesta<br>v.<br>Jenee Campbell et al.<br>**Defendant** | Civil Action File Number<br>PC-2020-02669 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant Rasier, LLC, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person of suitable age and discretion _____
  Address of dwelling house or usual place of abode _____
  Age _____
  Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ With a guardian or conservator of the Defendant.
  Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
  Name of person and designation _____

Page 1 of 2

Case 1:20-cv-00172-JJM-PAS   Document 1-1   Filed 04/15/20   Page 4 of 13 PageID #: 11

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ I was unable to make service after the following reasonable attempts:
_____

SERVICE DATE: _____ / _____ / _____     SERVICE FEE $ _____
                  Month    Day    Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE _____

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED:

Signature _____

State of _____
County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____  ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2014)

Case Number: PC-2020-02669
Filed in Providence/Bristol County Superior Court
Submitted: 3/30/2020 8:12 AM
Envelope: 2543657
Reviewer: Alexa G.

MPD:lcm 20-144

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC. | SUPERIOR COURT |
| JAYNID PEREZ-CUESTA<br>*Plaintiff* | |
| VS. | C.A. NO.: PC- |
| JENEE CAMPBELL;<br>UBER TECHNOLOGIES, INC.; and<br>RASIER, LLC<br>*Defendants* | |

# COMPLAINT

### *Parties, Jurisdiction and Venue*

1. Plaintiff Jaynid Perez-Cuesta ("Plaintiff") is a resident of the City of Fall River in the Commonwealth of Massachusetts.

2. Defendant Jenee Campell ("Campbell") is upon information and belief a resident of the State of Rhode Island.

3. Defendant Uber Technologies, Inc. ("Uber") is upon information and belief a foreign corporation organized and existing under the laws of the State of Delaware with a principal place of business in California and doing business within the State of Rhode Island.

4. At all times relevant hereto, Uber operated a Transportation Network Company ("TNC") within the State of Rhode Island.

5. Defendant Rasier, LLC ("Rasier") is upon information and belief a foreign limited liability company organized and existing under the laws of the State of Delaware and registered to do business within the State of Rhode Island.

6. At all times relevant hereto, Rasier operated a TNC within the State of Rhode Island.

7. The amount in controversy meets or exceeds the jurisdictional limits of the Superior Court and venue is proper in Providence County.

### *Factual Allegations*

8. On or about December 14, 2019, Campbell was operating a motor vehicle northbound on Cranston Street in Providence, Rhode Island when she did strike Plaintiff while the latter was attempting to cross the street.

1

Case Number: PC-2020-02669
Filed in Providence/Bristol County Superior Court
Submitted: 3/30/2020 8:12 AM
Envelope: 2543657
Reviewer: Alexa G.

9. At all times relevant hereto, Campell was operating a motor vehicle as a TNC operator/driver through Uber and/or Rasier's mobile application and digital network.

10. At all times relevant hereto, Campbell was logged on to Uber and/or Rasier's mobile application and digital network.

11. At all times relevant hereto, Campbell was engaged in a prearranged ride and/or providing TNC services to a TNC rider through Uber and/or Rasier's mobile application and digital network.

12. At all times relevant hereto, Campell was a party to an agreement and/or contract with Uber and Rasier individually, and/or Uber by and through Rasier as Uber's subsidiary, whereby Campbell was authorized to seek, receive and fulfill requests for prearranged rides and/or provide TNC services through Uber and/or Rasier's mobile application and digital network.

13. At all times relevant hereto, Campell was an employee and/or actual or apparent agent of Uber and/or Rasier and was acting in the scope of that employment and/or agency for the benefit of Uber and/or Rasier.

14. At all times relevant hereto, Rasier was an actual a/or apparent agent, subsidiary and/or authorized representative of Uber and was acting in the scope of that agency for the benefit of Uber.

## COUNT I
### (Negligence of Campbell)

15. Plaintiff repeats and re-alleges paragraphs 1-14 with the same force and effect as if specifically set forth herein.

16. At all times relevant hereto, Campell had a duty to exercise reasonable care in the operation of her motor vehicle as aforesaid.

17. Nevertheless, Campbell breached this duty of care in that she negligently, carelessly and recklessly operated her vehicle causing her to strike the Plaintiff as aforesaid.

18. As a direct and proximate result of Campbell's negligence as aforesaid, Plaintiff sustained severe and permanent personal injuries, experienced great pain and suffering of body and mind, incurred significant expenses for medical treatment and sustained losses of income and earning capacity.

WHEREFORE, Plaintiff demands an award of compensatory damages against Campbell, plus interest, fees, costs and any other relief this court deems just and meritorious.

Case Number: PC-2020-02669
Filed in Providence/Bristol County Superior Court
Submitted: 3/30/2020 8:12 AM
Envelope: 2543657
Reviewer: Alexa G.

## COUNT II
### (Negligence of Uber)

19. Plaintiff repeats and re-alleges paragraphs 1-18 with the same force and effect as if specifically set forth herein.

20. At all times relevant hereto, Uber had a duty to exercise reasonable care in the hiring, training, supervision and instruction of Campbell as its TNC operator/driver and to otherwise ensure compliance with the provisions of R.I. Gen. Laws § 39-14.2 et seq.

21. At all times relevant hereto, Uber had a duty to ensure that its mobile application and digital network used by its Campbell at its TNC operator/driver was reasonably safe for use while engaged in a prearranged ride and/or providing TNC services to a TNC rider.

22. Nevertheless, Uber breached these duties of care as aforesaid in that it negligently, carelessly and recklessly hired, trained, supervised and instructed Campbell as its TNC operator/driver and otherwise failed to ensure compliance with the provisions of R.I. Gen. Laws § 39-14.2 et seq., and failed to ensure that its mobile application and digital network used by its Campbell at its TNC operator/driver was reasonably safe for use while engaged in a prearranged ride and/or providing TNC services to a TNC rider.

23. As a direct and proximate result of Uber's negligence as aforesaid, Plaintiff sustained severe and permanent personal injuries, experienced great pain and suffering of body and mind, incurred significant expenses for medical treatment and sustained losses of income and earning capacity.

WHEREFORE, Plaintiff demands an award of compensatory damages against Uber, plus interest, fees, costs and any other relief this court deems just and meritorious.

## COUNT III
### (Negligence of Rasier)

24. Plaintiff repeats and re-alleges paragraphs 1-23 with the same force and effect as if specifically set forth herein.

25. At all times relevant hereto, Rasier had a duty to exercise reasonable care in the hiring, training, supervision and instruction of Campbell as its TNC operator/driver and to otherwise ensure compliance with the provisions of R.I. Gen. Laws § 39-14.2 et seq.

26. At all times relevant hereto, Rasier had a duty to ensure that its mobile application and digital network used by its Campbell at its TNC operator/driver was reasonably safe for use while engaged in a prearranged ride and/or providing TNC services to a TNC rider.

Case Number: PC-2020-02669
Filed in Providence/Bristol County Superior Court
Submitted: 3/30/2020 8:12 AM
Envelope: 2543657
Reviewer: Alexa G.

27. Nevertheless, Rasier breached these duties of care in that it negligently, carelessly and recklessly hired, trained, supervised and instructed Campbell as its TNC operator/driver and otherwise failed to ensure compliance with the provisions of R.I. Gen. Laws § 39-14.2 et seq., and failed to ensure that its mobile application and digital network used by its Campbell at its TNC operator/driver was reasonably safe for use while engaged in a prearranged ride and/or providing TNC services to a TNC rider.

28. As a direct and proximate result of Rasier's negligence as aforesaid, Plaintiff sustained severe and permanent personal injuries, experienced great pain and suffering of body and mind, incurred significant expenses for medical treatment and sustained losses of income and earning capacity.

WHEREFORE, Plaintiff demands an award of compensatory damages against Rasier, plus interest, fees, costs and any other relief this court deems just and meritorious.

## COUNT IV
### (Vicarious Liability of Uber)

29. Plaintiff repeats and re-alleges paragraphs 1-28 with the same force and effect as if specifically set forth herein.

30. Uber is vicariously liable for Campbell's negligence as aforesaid.

31. Uber is vicariously liable for Rasier's negligence as aforesaid.

WHEREFORE, Plaintiff demands an award of compensatory damages against Uber, plus interest, fees, costs and any other relief this court deems just and meritorious.

## COUNT V
### (Vicarious Liability of Rasier)

32. Plaintiff repeats and re-alleges paragraphs 1-31 with the same force and effect as if specifically set forth herein.

33. Rasier is vicariously liable for Campbell's negligence as aforesaid.

WHEREFORE, Plaintiff demands an award of compensatory damages against Uber, plus interest, fees, costs and any other relief this court deems just and meritorious.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL COUNTS**

Case Number: PC-2020-02669
Filed in Providence/Bristol County Superior Court
Submitted: 3/30/2020 8:12 AM
Envelope: 2543657
Reviewer: Alexa G.

*Plaintiff Jaynid Perez-Cuesta*

By Her Attorneys,

/s/ Mark P. Dolan Jr.
/s/ James S. D'Ambra
James S. D'Ambra, Esq. (#5054)
*jdambra@ricedolan.com*
Mark P. Dolan, Jr., Esq. (#9277)
*mdolanjr@ricedolan.com*
RICE DOLAN & KERSHAW
72 Pine Street, Suite 300
Providence, RI 02903
Tel: (401) 272-8800
Fax: (401) 421-7218


/s/ Christine Monahan
Christine Monahan, Esq. (#7803)
*cm@christinemonahanlawri.com*
200 Midway Road, Suite 172
Cranston, RI 02903
Tel: (401) 946-1415
Fax: (401) 942-3271

Dated: March 30, 2020

មើលសេចក្ដីជូនដំណឹងនេះជាភាសាខ្មែរ អេស្ប៉ាញ និងព័ទ៌ុយហ្គាល់នៅលើទំព័រដែលបានភ្ជាប់។

សេចក្ដីជូនដំណឹង

លោកអ្នកមានបណ្ដឹងនៅក្នុងប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។

លោកអ្នកមានសិទ្ធិស្នើសុំអ្នកបកប្រែដោយឥតគិតថ្លៃសម្រាប់ខ្លួនឯង។



ដីកាប្រតិបត្តិរបស់តុលាការកំពូលនៃ Rhode Island (Rhode Island Supreme Court Executive Order) លេខ 2012-05 បានចែងថានៅពេលបុគ្គលដែលមានចំណេះដឹងភ្នែកភាសាអង់គ្លេសមានកំណត់ (LEP) បង្ហាញខ្លួននៅក្នុងតុលាការ តុលាការនៃ Rhode Island នឹងផ្ដល់អ្នកបកប្រែដែលបានអនុញ្ញាតដោយឥតគិតថ្លៃសម្រាប់ចុះចោទ ដើមចោទ សាក្សី ជនរងគ្រោះ មាតាបិតារបស់អនីតិជន ឬរណាម្នាក់ដែលពាក់ព័ន្ធយ៉ាងសំខាន់នៅក្នុងដំណើរការតុលាការ។ សេវាកម្មបកប្រែនេះ ត្រូវបានផ្ដល់ជូនដោយឥតគិតថ្លៃសម្រាប់គូភាគី និង នៅគ្រប់ប្រភេទនៃបណ្ដឹង ទាំងរដ្ឋប្បវេណី និងព្រហ្មទណ្ឌ។ អ្នកបកប្រែក្នុងតុលាការធ្វើការនៅក្នុងគ្រប់តុលាការទាំងអស់របស់ប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។ ដើម្បីត្រួតពេលវេលាអ្នកបកប្រែសម្រាប់ថ្ងៃចូលសវនាការរបស់លោកអ្នក លោកអ្នកមានជម្រើសដូចខាងក្រោម៖

1. ទូរស័ព្ទមកកាន់ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ (401) 222-8710 ឬ
2. ផ្ញើអ៊ីម៉ែលទៅកាន់ **interpreterfeedback@courts.ri.gov** ឬ
3. ទៅកាន់ការិយាល័យអ្នកបកប្រែដើម្បីត្រួតពេលវេលាអ្នកបកប្រែ៖

   The Office of Court Interpreters
   Licht Judicial Complex
   Fourth Floor, Room 401
   250 Benefit Street
   Providence, RI 02903

នៅពេលស្នើសុំអ្នកបកប្រែ សូមផ្ដល់ទន្ទេព័ត៌មានដូចខាងក្រោម៖

- ឈ្មោះ និងលេខបណ្ដឹងរបស់លោកអ្នក
- ភាសាដែលលោកអ្នកស្នើសុំ
- កាលបរិច្ឆេទ និងទៅ៉ងសវនាការរបស់លោកអ្នក
- ទីតាំងនៃសវនាការរបស់លោកអ្នក
- ឈ្មោះ និងលេខទូរស័ព្ទលោកអ្នកដែលយើងខ្ញុំអាចទំនាក់ទំនងលោកអ្នក ឬមេធាវីលោកអ្នកបាន

សម្រាប់ព័ត៌មានបន្ថែមជាភាសាកំរិទុយហ្គាល់ រុស្ស៊ី និងអេស្ប៉ាញ រួមទាំងបញ្ជីទម្រង់បែបបទតុលាការដែលមានជាភាសាអេស្ប៉ាញនោះ សូមចូល ទៅកាន់គេហទំព័រយើងខ្ញុំនៅលើអ៊ីនធើណិត៖

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx.

ដើម្បីស្នើសុំការបកប្រែសេចក្ដីជូនដំណឹងនេះជាភាសាណាមួយផ្សេងទៀត សូមទូរស័ព្ទមកការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ (401) 222-8710។ រដ្ឋការចំណាយនឹងត្រូវមានអ្នកនិយាយភាសាអង់គ្លេសជាមួយលោកអ្នកនៅពេលដែលលោកអ្នកទូរស័ព្ទចូល។

តុលាការ Rhode Island ឧស្សាហ៍ធ្វើឱ្យតុលាការអាចប្រើប្រាស់បានសម្រាប់មនុស្សគ្រប់គ្នា។

ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការ
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages. **Español:** Véase esta notificación en camboyano, español y portugués en las páginas adjuntas. **Português:** Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# NOTICE

## You have a case in the Rhode Island state court system.

## You have the right to an interpreter at no cost to you.

Rhode Island Supreme Court Executive Order 2012-05 states that when a Limited-English Proficient (LEP) person appears in court, the Rhode Island Judiciary will provide a free authorized interpreter for the defendant, plaintiff, witness, victim, parent of a juvenile, or someone with a significant interest in the court proceeding. This interpreting service is provided at no cost to the parties and in all types of cases, both civil and criminal. Court interpreters work in all the courthouses of the Rhode Island state court system.

To schedule an interpreter for your day in court, you have the following options:

1. Call the Office of Court Interpreters at (401) 222-8710, or
2. Send an email message to interpreterfeedback@courts.ri.gov, or
3. Visit the interpreters' office to schedule an interpreter:

>The Office of Court Interpreters
>Licht Judicial Complex
>Fourth Floor, Room 401
>250 Benefit Street
>Providence, RI 02903

When requesting an interpreter, please provide the following information:

>The name and number of your case
>The language you are requesting
>The date and time of your hearing
>The location of your hearing
>Your name and a telephone number where we can reach you or your lawyer

For more information in Portuguese, Russian, and Spanish, including a listing of court forms that are available in Spanish, please visit our website on the Internet:

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx.

To request a translation of this notice into any other language, please call the Office of Court Interpreters at (401) 222-8710. It would be helpful to have an English speaker with you when you call.

The Rhode Island Judiciary is committed to making the courts accessible to all.

>The Office of Court Interpreters
>Licht Judicial Complex Fourth
>Floor Room 401
>250 Benefit Street
>Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Camboyano:** SAMPLE: [Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.]
**Español:** Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português:** Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# NOTIFICAÇÃO

## V. Ex.ª tem um processo em curso no sistema judiciário do Estado de Rhode Island,

## V. Ex.ª tem direito aos serviços gratuitos de um intérprete.

A Ordem Executiva 2012-05 do Supremo Tribunal de Rhode Island prevê que quando uma pessoa com conhecimentos limitados da língua inglesa (*Limited-English Proficient*) (LEP) comparece em tribunal, a Administração Judiciária de Rhode Island disponibiliza-lhe gratuitamente os serviços de um intérprete autorizado a um réu, autor, testemunha, vítima, pai ou mãe de um menor ou alguém com interesse significativo no processo judicial. O serviço de intérprete é prestado gratuitamente às partes e em todos os tipos de processos, sejam eles civis ou penais. Os intérpretes do tribunal trabalham em todos os tribunais do sistema judiciário do Estado de Rhode Island.

**Para agendar os serviços de um intérprete para o seu dia no tribunal, tem as seguintes opções:**

1. Telefonar para o Gabinete de Intérpretes Judiciais através do n.º (401) 222-8710, ou
2. Enviar uma mensagem de correio eletrónico para **interpreterfeedback@courts.ri.gov**, ou
3. Deslocar-se ao gabinete de intérpretes para agendar os serviços de um intérprete:

   Gabinete de Intérpretes Judiciais
   Complexo Judicial Licht
   Quarto Piso, Sala 401
   250 Benefit Street
   Providence, RI 02903

**Quando solicitar os serviços de um intérprete deve fornecer os seguintes dados:**

- O nome e número do seu processo
- O idioma que solicita
- A data e hora da sua audiência
- O local da sua audiência
- O seu nome e um número de telefone para o podermos contactar a si ou ao seu advogado

Para obter mais informações em português, russo e espanhol, incluindo uma lista dos formulários judiciais disponíveis em espanhol, visite o nosso website na internet:

**https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx.**

Para solicitar uma tradução desta notificação para qualquer outro idioma, telefone para o Gabinete de Intérpretes Judiciais através do número (401) 222-8710. Recomenda-se que esteja acompanhado por alguém que fale inglês quando fizer a chamada.

A Administração Judiciária de Rhode Island está empenhada em tornar os tribunais acessíveis para todos.

Gabinete de Intérpretes Judiciais
Complexo Judicial Licht
Quarto Piso, Sala 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
Español: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
Português: Leia esta notificação em cambojano, espanhol e portugués nas páginas em anexo.



# AVISO

## Usted tiene un caso en el sistema judicial de Rhode Island.

## Usted tiene el derecho a tener un intérprete sin costo para usted.

La Orden Ejecutiva 2012-05 del Tribunal Supremo de Rhode Island dicta que cuando una persona que tiene un dominio limitado del inglés (LEP) comparece ante la corte, el Sistema Judicial de Rhode Island le proveerá un intérprete autorizado gratis sea el acusado/demandado, demandante, testigo, víctima, padre de un menor de edad alguien que tenga con un interés importante en el proceso de la corte. Este servicio de interpretación se le proveerá sin costo alguno a los participantes en toda clase de caso, sea civil o penal.
Los intérpretes judiciales trabajan en todos los tribunales del Sistema Judicial de Rhode Island.

Para solicitar un intérprete para su comparecencia en el tribunal, usted tiene las siguientes opciones:

1. **Llamar a la Oficina de Intérpretes en el tribunal al 401-222-8710 ;**

2. **Mandar un correo electrónico a interpreterfeedback@courts.ri.gov; o**

3. **Presentarse a la Oficina de Intérpretes para solicitar un intérprete:**

   **The Office of Court Interpreters**
   **Licht Judicial Complex**
   **Cuarto Piso, Oficina 401 A-B**
   **250 Benefit Street**
   **Providence, RI 02903**

   Al solicitar un intérprete, por favor provea la siguiente información:

   - **El nombre y el número de su caso**
   - **El idioma que solicita**
   - **La fecha y hora de su audiencia**
   - **Dónde va a tomar lugar su audiencia**
   - **Su nombre y número de teléfono por el cual nos podamos poner en contacto con usted o con su abogado.**

---

Para obtener más información en portugués, ruso o español, incluyendo una lista de formularios de la corte que están disponibles en español, visite nuestra página de internet:

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx

Para solicitar la traducción de este aviso en cualquier otro idioma, por favor llame a la oficina de intérpretes al (401) 222-8710. Ayudaría si usted puede estar en compañía de una persona que habla inglés cuando llame.

El sistema jurídico de Rhode Island se compromete a proporcionar a todas las personas mejor acceso a los tribunales.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903